JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| BELINDA TRAN, | ) | No. 8:20-cv-00631-KK |
| Plaintiff, | ) | |
| v. | ) | [[**PROPOSED**] |
| ANDREW SAUL, | ) | **JUDGMENT FOR VOLUTARY** |
| Commissioner of Social Security, | ) | **REMAND PURSUANT TO** |
| | ) | **SENTENCE FOUR OF 42 U.S.C. §** |
| Defendant. | ) | **405(g)** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated: December 29, 2020   _____
THE HONORABLE KENLY KIYA KATO
U.S. MAGISTRATE JUDGE

-1-