Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Belinda Tran

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA TRAN,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | ) No. 8:20-cv-00631-KK<br>)<br>) **[PROPOSED] ORDER AWARDING**<br>) **EQUAL ACCESS TO JUSTICE**<br>) **ACT ATTORNEY FEES AND**<br>) **COSTS**<br>)<br>)<br>)<br>)<br>) |

　　　Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

　　　IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of TWO THOUSAND SEVEN HUNDRED FIFTY DOLLARS and NO CENTS ($2,750.00), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

　　　Dated:　3/17/21

_____
THE HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

1